**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CHRYSLER REALTY COMPANY,
LLC,

                Plaintiff,

-vs-

DESIGN FORUM ARCHITECTS,
INC.,

                Defendant.
_____/

CASE NO. 06-CV-11785

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

## ORDER GRANTING DEFENDANT'S MOTION FOR CLARIFICATION

On March 5, 2008, Defendant filed a Motion for Clarification of this Court's February 28, 2008 Order granting Defendant's motion for partial summary judgment. Defendant contends that the Court's Opinion contained a typographical error in its granting of summary judgment on paragraphs 52 and 55 of the Complaint. On March 18, 2008, Plaintiff filed a Response agreeing that a typographical error exists as the Court's Order. (Pl. Br. 4).

Upon reconsideration, the Court **GRANTS** Defendant's motion. The Court will issue an Amended Opinion and Order reflecting summary judgment on the appropriate allegations. The Court will address Plaintiff's March 13, 2008 Motion for Reconsideration in a separate Order.
**SO ORDERED.**

                                              s/Paul D. Borman
                                              PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: March 25, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 25, 2008.

                                          s/Denise Goodine
                                          Case Manager