**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CHRYSLER REALTY COMPANY,
LLC,

                              CASE NO. 06-CV-11785

        Plaintiff,

                              PAUL D. BORMAN
-vs-                             UNITED STATES DISTRICT JUDGE

DESIGN FORUM ARCHITECTS,
INC.,

        Defendant.
_____/

**ORDER**
**(1) CANCELLING THE SCHEDULED MAY 12, 2008 STATUS CONFERENCE;**
**AND (2) REQUESTING PLAINTIFF FILE A RESPONSE TO DEFENDANT'S**
**APRIL 28, 2008 MOTION FOR CORRECTION**

     Before the Court is Defendant's April 28, 2008 Motion for Correction of this Court's April 14, 2008 Order Denying Plaintiff's Motion for Reconsideration. (Doc. No. 43). The Court directs Plaintiff to file a Response, of no more than ten (10) pages, to Defendant's Motion within ten (10) days of this Order. Additionally, the Court cancels the scheduled Status Conference for May 12, 2008.

**SO ORDERED.**

                                                s/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: May 2, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on May 2, 2008.

                                                s/Denise Goodine
                                                Case Manager