# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CHRYSLER REALTY COMPANY, LLC,

                Plaintiff,                    Case Number: 06-11785

v.                                  JUDGE PAUL D. BORMAN
                                  UNITED STATES DISTRICT COURT

DESIGN FORUM ARCHITECTS, INC.,

                Defendant.

_____  /

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN FAVOR OF GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR REVIEW OF TAXED BILL OF COSTS AND OBJECTIONS TO SUCH TAXED COSTS

        Before the Court is the Magistrate Judge's April 30, 2009, Report and Recommendation in favor of granting in part and denying in part Plaintiff's Motion for Review of Taxed Bill of Costs and Objections to Such Taxed Costs. (Doc. No. 62). Having reviewed that Report and Recommendation, and there being no objections, the Court enters as its findings and conclusions the Report and Recommendation **GRANTING IN PART AND DENYING IN PART** Plaintiff's Motion for Review of Taxed Bill of Costs and Objections to Such Taxed Costs.

        **SO ORDERED.**


                                 S/Paul D. Borman_____
                                 PAUL D. BORMAN
                                 UNITED STATES DISTRICT JUDGE

Dated:  May 29, 2009

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on
May 29, 2009.


S/Denise Goodine
Case Manager